# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTE JOHNSON, <br>                 Petitioner, <br>     v. <br> LARRY SMALL, Warden, <br>                 Respondent. | Case No. CV 09-01518-JSL (JEM) <br><br> **J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: Dec. 30, 2009

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE